Eastern District of Kentucky
FILED
JUN 27 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## MOTION BY A PERSON IN FEDERAL CUSTODY
## TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255

| UNITED STATES DISTRICT COURT | Division Eastern District of Kentucky - Lex |
|---|---|
| Name of Movant/Defendant: Timothy A. Martin | Prisoner No. 06889-032 | Case No. Covington CR 99-29-KSF |
| Place of Confinement (Including address): Butner FMC  P.O. Box 1600, 4B - Butner, NC 27509 | |
| UNITED STATES OF AMERICA   v.   Timothy A. Martin (name under which convicted) | |

### MOTION

1. Name and location of court which entered the judgment of conviction under attack: Eastern Dist. of Kentucky, U.S. Courthouse, 101 Barr St., 2nd Floor, Lexington, KY, 40507

2. Date of judgment of conviction: March 13, 2003

3. Length of sentence: 197 months

4. Nature of offense involved (all counts): 18 U.S.C. 922(g)(1) and 924(e)

5. What was your plea? (Check one)
   (a) Not Guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?   Yes ☐   No ☒

1

8. Did you appeal from the judgment of conviction
    Yes ☒    No ☐

9. If you did appeal, answer the following:

    (a) Result: _Attorney did not file any brief, said I had to. No Anders brief._

    (b) Date of result and mandate: _____

10. Did you file a petition for rehearing?
    Yes ☐    No ☒

11. If you did file a petition for rehearing, provide the date and result of the petition: _____

_____

12. Did you file a petition for certiorari review?
    Yes ☐    No ☒

13. If you did file a petition for certiorari review, provide the date and result of the petition: _____

_____

14. Have you previously filed any post-conviction petitions, applications or motions, including previous § 2255 motions, with respect to this judgment in any federal court?
    Yes ☐    No ☒

15. If your answer to 14 was "yes," give the following information:

    (a) (1) Name of court: _____

    (2) Nature of proceeding: _____

    _____

    (3) Grounds raised: _____

    _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐    No ☐

    (5) Result: _____

    (6) Date of result: _____

2

(b) If you filed more than one such petition, please include the same information requested in 11(a) on a separate sheet of paper.
(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on your petition, application or motion?
(1) First petition, etc.     Yes ☐     No ☐
(2) Second petition, etc.    Yes ☐     No ☐

(d) If you did *not* appeal from the adverse action of any petition, application or motion, explain briefly why you did not: _____

_____

_____

_____

16. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

**Caution:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

A. Ground one: Pursuant to the recent Johnson case (

Supporting FACTS (state *briefly* without citing cases or law): The residual clause was rendered unconstitutionally vague,

B. Ground two: Pursuant to the Welch case,

Supporting FACTS (state *briefly* without citing cases or law): This case determines that the aforementioned Johnson case is retroactive nationwide.

3

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

17. As to the grounds listed in 16A, B, C, and D, explain whether any grounds were previously presented, and for those that were not previously presented, state *briefly* your reasons for not presenting them: _____

_____

_____

_____

18. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒

  (a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☐

20. What relief do you request from this Court? _____

_____

_____

    Wherefore, movant prays that the Court grant the relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (If any)

I declare under penalty or perjury that the foregoing is true and correct. Executed on:

X 6-18-16
(Date)

X *Timothy A. Martin*
Signature of Movant/Defendant

### IF MAILED BY PRISONER:

I declare or state under penalty of perjury that this petition was (check one):
☐ delivered to prison officials for mailing, or ☐ deposited in the prison's internal mail system on:

X 6-18-16 _____ (date).

X *Timothy A. Martin*
Signature of Movant/Defendant

Revised 07/02

5