UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY MARTIN,<br><br>    Defendant. | Criminal No. 99-29-ART<br><br>**ORDER** |

*** *** *** ***

Defendant Timothy Martin is currently serving a 197-month term of imprisonment. R. 86. Martin filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence pursuant to the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). R. 106. *Johnson* held that the "residual clause" in the Armed Career Criminal Act of 1984 ("ACCA"), 18 U.S.C. § 924(e)(2)(B)(ii), was unconstitutional under the Fifth Amendment. 135 S. Ct. at 2563.

The United States responded to Martin's motion. The United States "concedes error and moves to vacate Martin's sentence." R. 111 at 1. In addition, the United States says that Martin's new sentence should be time served since the time he has now served is in excess of the statutory maximum sentence. *Id.* at 4. As such, the Court will grant the defendant's motion, and resentence Martin to time served.

Accordingly, it is **ORDERED** that:

(1) Martin's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, R. 106, is **GRANTED**.

(2) Martin's sentence of 197 months' imprisonment is **VACATED**.

(3) Martin is **RESENTENCED TO TIME SERVED**.

(4) The Bureau of Prisons shall release Martin as soon as possible.

(5) Martin is reminded that he must report to the Probation office in the district in which he is released to begin his term of Supervised Release. *See* R. 86.

This the 29th day of July, 2016.

Signed By:
*Amul R. Thapar* AT
United States District Judge